### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NGM INSURANCE COMPANY,  :  <br>     Plaintiff                                 :  <br>                                                  :  <br> v.                                               :   No. 2:22-cv-03393-JS <br>                                                  :  <br> CFV CONTRACTING, INC.;          :  <br> CARLOS F. VANEGAS; and         :   ACTION FOR DECLARATORY <br> ROBERT SWINAND,                   :                     JUDGMENT <br>     Defendants                            :  | |

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff NGM Insurance Company submits this notice of dismissal as to all defendants.

                                                        **MARSHALL DENNEHEY WARNER**
                                                       **COLEMAN & GOGGIN**

Date:  11/23/2022                      BY: _____
                                               Brigid Q. Alford, Esquire
                                               Pa. I.D. No. 38590
                                               Christopher W. Woodward, Esquire
                                               Pa. I.D. No. 316580
                                               100 Corporate Center Drive, Suite 201
                                               Camp Hill, PA  17011
                                               (717)-651-3710/FAX (717)-651-9630
                                               bqalford@mdwcg.com/cwwoodward@mdwcg.com
                                               *Attorneys for Plaintiff NGM Insurance Company*

## **CERTIFICATE OF SERVICE**

I, Brigid Q. Alford, Esquire, do hereby certify that a true and correct copy of the foregoing was served upon the following via the method indicated below on the date specified below:

**VIA U.S. MAIL:**

CFV Contracting, Inc.
1123 Toll House Lane
Warminster, PA 18974-2621
*Defendant*

Carlos F. Vanegas
1123 Toll House Lane
Warminster, PA 18974-2621
*Defendant*

Robert Swinand
1 Madison Avenue, Apt. J5
Warminster, PA  18975
*Defendant*

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

Date: 11/23/2022

BY: _____
Brigid Q. Alford, Esquire
*Attorneys for Plaintiff*